**Exhibit A to the Complaint**

**Location:** Reisterstown, MD  **IP Address:** 96.244.78.123
**Total Works Infringed:** 27  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/21/2017 14:16:23 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 2 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/11/2017 12:54:43 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 3 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 08/22/2017 01:52:48 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 4 | 23C75D98A22B6821F255E85F2ED58CC5CEC8E2DD | Blacked | 10/20/2017 12:12:43 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 5 | 2CB43429526775645D5837FE2C63CFFB1B0D2802 | Vixen | 11/13/2017 03:42:55 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 6 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/11/2017 14:17:27 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 7 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/20/2017 11:56:10 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 8 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/22/2017 01:54:05 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 9 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 11/30/2017 13:44:31 | 11/16/2017 | 11/18/2017 | 16020392782 |
| 10 | 729C3815122E9D62C4F62EC6CAD5CA5B5EBB95F9 | Blacked | 08/03/2017 05:41:40 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 11 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 13:50:30 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 12 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 10/02/2017 08:35:41 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 13 | 963232B05435B68AAF26F8CA9D942BB02B953191 | Blacked Ra | 11/14/2017 14:27:07 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 14 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 10/03/2017 11:31:46 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 15 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/17/2017 23:20:06 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 16 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/29/2017 21:15:17 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 17 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 10/22/2017 | 07/08/2017 | 08/17/2017 | 15732903239 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| | | | 11:30:05 | | | |
| 18 | C8C2E5C41A5FD8B5D3E13C55DFEE59A6382FD068 | Blacked | 11/30/2017 13:42:53 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 19 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/20/2017 11:59:45 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 20 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/20/2017 11:54:51 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 21 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/22/2017 01:52:33 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 22 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 08/22/2017 01:55:48 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 23 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/20/2017 11:56:01 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 24 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/24/2017 14:06:49 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 25 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/29/2017 21:17:43 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 26 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 11/23/2017 15:47:25 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 27 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 10/20/2017 12:26:44 | 09/22/2017 | 10/02/2017 | PA0002057455 |