**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>96.244.78.123, )<br>)<br>    Defendant. )<br>_____ ) | Civil Case No. 1:18-cv-00427-RDB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 96.244.78.123, are voluntarily dismissed without prejudice.

Dated: May 11, 2018

                                                          Respectfully submitted,

                                                          By:  /s/ *Jessica Haire*
                                                          Jessica Haire, Esq. (20252)
                                                          jhaire@foxrothschild.com
                                                          Fox Rothschild LLP
                                                          1030 15th Street, NW
                                                          Suite 380 East
                                                          Washington, DC 20005
                                                          Tel.: (202) 461-3100
                                                          Fax: (202) 461-3102
                                                          www.foxrothschild.com